### GILBERT BROTHERS v. S. HARRISON.
**No. 12,945.** (71 Pac. 1127.)

Error from Marion district court; O. L. MOORE, judge. Opinion filed February 7, 1903. Affirmed.

*H. S. Martin,* for plaintiffs in error.
*Dickerson & Miesse,* for defendant in error.

*Per Curiam:* This action was brought on a promissory note. A demurrer was sustained to the petition, and the plaintiffs prosecute error. The prayer of the petition was: "Wherefore plaintiff prays judgment against the defendant, S. Harrison, for the sum of $79.85 and costs of this action." The amount involved is not within the jurisdiction of this court, and it is therefore unable to examine the alleged error.

The judgment is affirmed